960

No. 815. EUGE *v.* MISSOURI. St. Louis Court of Appeals of Missouri. Certiorari denied.

No. 825. DUDGEON, DOING BUSINESS AS ALL STATES DRIVE-AWAYS AGENCY, ET AL. *v.* INTERSTATE COMMERCE COMMISSION. C. A. 9th Cir. Certiorari denied. *Edwin P. Rome* and *Goncer M. Krestal* for petitioners. *Solicitor General Cox, Robert W. Ginnane* and *Bernard A. Gould* for respondent.

No. 826. ALBAUGH *v.* ROBERTS, CLERK, U. S. HOUSE OF REPRESENTATIVES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Morton Hollander* for respondent.

No. 1010, Misc. BROWN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 799. WILLARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Hayden C. Covington* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 62. NORTHERN NATURAL GAS CO. *v.* STATE CORPORATION COMMISSION OF KANSAS, *ante,* p. 84. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.